UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 2 4 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Eastman Chemical Company §
§ CIVIL NO:
vs. § AU:12-CV-00057-SS
§
PlastiPure, Inc., CertiChem, Inc. §
§

## JURY TRIAL LIST OF WITNESSES

| FOR PLAINTIFF | | FOR DEFENDANT | |
|---|---|---|---|
| 1. | Marc Schurger | 1. | Michael Denison |
| 2. | Lucian Boldea | 2. | George Bittner |
| 3. | Timothy Zacharewski | 3. | Carlos Sonnenschein |
| 4. | Christopher Borgert | 4. | Gayathri Kollessary |
| 5. | Emmet O'Brien | 5. | Daniel Klein |
| 6. | Andrew Starr (BY DEPO) | 6. | Cathy Yang |
| 7. | James Deyo | 7. | Laura Vandenberg |
| 8. | Isabella Cunningham | 8. | Thomas Osimitz (BY DEPO) |
| 9. | Stuart Yaniger (BY DEPO) | 9. | Karen Parsons (BY DEPO) |
| 10. | Audra Jacobs | 10. | Ana Soto |
| 11. | Joseph Dickson | 11. | Naomi Oreskes |
| 12. | Jason Jenkins | 12. | Michael Usey |
| 13. | George Bittner | 13. | Laura Vandenberg (Rebuttal) |
| 14. | Daniel Klein | | |
| 15. | Thomas Pecorini | | |
| 16. | Michael Usey | | |
| 17. | Timothy Zacharewski (Rebuttal) | | |