# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**FILED**

JUL 2 4 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                                    DEPUTY

| | | |
|---|---|---|
| Eastman Chemical Company | § | |
| | § | CIVIL NO: |
| vs. | § | AU:12-CV-00057-SS |
| | § | |
| PlastiPure, Inc., CertiChem, Inc. | § | |

## JURY TRIAL EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| Court's A | Plaintiff's Exhibits offered with no objection | 7/15/13-Court only |
| Court's B | Defendants' Exhibits offered with no objection | 7/15/13-Court only |
| Court's 3 | Transcript of Testimony of Howard Mullin | 7/16/13-Court only |
| Court's 4 | Plaintiff's Exhibits 201A; 201D; excerpt from Howard Mullin Deposition, October 11, 2012 | 7/16/13-Court only |
| Court's 5A | Transcript of Testimony of Howard Mullin | 7/22/13-Court only |
| Court's 6A | Plaintiff's Exhibit 201A | 7/22/13-Court only |
| Court's 7A | Plaintiff's Exhibit 201B | 7/22/13-Court only |
| Court's 8A | Transcript of Testimony of Wade Welshons | 7/22/13-Court only |
| P-4 | Eastman Announcement RE: New Third-Party Test Results confirm Eastman and Tritan copolyester is free of BPA and EA | 7/15/13 |
| P-6 | Starr, Cox emails RE: News Flash | 7/15/13 |
| P-8 | Yaniger, Cox emails | 7/15/13 |
| P-14 | WIL Research Final Report | 7/15/13 |
| P-15 | Portion of WIL-387012 - Protocol Amendment 1 to A Hershberger Assay of 2,2,3,3,...Administered Orally in Peripubertal Rats | 7/15/13 |
| P-16 | Ceetox Final Report: Evaluation of Chemicals for Estrogenic Receptor Alpha Binding, #9081-100118 | 7/16/13 |
| P-17 | Report RE: Prediction of estrogen and androgen activities using computer-aided molecular modeling (Phase II): Dr. Welsh/UMDJU-Robert Wood Johnson Medical School | 7/15/13 |
| P-18 | Ceetox Final Report: Evaluation of Chemicals for Estrogenic Transactivation Activity in T47D-Kbluc Reporter Cells and Androgenic Activity in MDS-Kb2 Reporter Cells, #9081-100252 | 7/16/13 |
| P-21 | Prediction of estrogen and androgen activities using computer-aided molecular modeling (Phase II) by Welsh, UMDNJ-Robert Wood Johnson Medical School | 7/15/13 |

| P-22 | Scialli report RE: reproductive and developmental toxicity potential of TMCD | 7/15/13 |
| P-23 | PowerPoint: Tritan Copolyester Toxicity and Application Testing - Legal and SPBO Review | 7/15/13 |
| P-24 | Report RE: Prediction of estrogen and androgen activities using computer-aided molecular modeling: Dr. Welsh/UMDNJ-Robert Wood Johnson Medical School | 7/15/13 |
| P-26 | Sharepoint Alert: Consumer Durables Tech Service Reports - Visit with Trade Fixtures | 7/15/13 |
| P-27 | O'Brien, Colhoun emails RE: Tritan Next Steps 01/06/11 | 7/15/13 |
| P-28 | Porter, Beavers email RE: call report | 7/15/13 |
| P-33 | Manuscript draft: Lack of Androgenicity and Estrogenicity of The Three Monomers Used in Eastman's Novel Polyester Plastic Tritan | 7/15/13 |
| P-35 | Prediction of Estrogen and Androgen Activities using Computer-Aided Molecular Modeling | 7/15/13 |
| P-36 | Ceetox Final Report: Evaluation of Chemicals for Androgenic Receptor Binding, #9081-100118 | 7/16/13 |
| P-37 | Ceetox Final Report: Evaluation of Chemicals for Androgenic Transactivation Activity (ARTA), and Estrogenic Transactivation Activity (ERTA), #9081-100130 | 7/16/13 |
| P-38 | Prediction of Estrogen and Androgen Activities Using Computer-Aided Molecular Modeling (Welsh, UMDNJ-Robert Wood Johnson Medical Center | 7/16/13 |
| P-39 | WIL/Sloter Final Report: A Hershberger Assay, WIL-387012 | 7/15/13 |
| P-41 | WIL/Sloter Final Report: A Uterotrophic Assay, WIL-387013 | 7/15/13 |
| P-42 | Parsons email to O'Brien, et al RE: Gone live with www.tritansafe.com | 7/15/13 |
| P-44 | Welsh Report #3 Prediction of Estrogen and Androgen Activities Using Computer-Aided Molecular Modeling | 7/15/13 |
| P-47 | Lack of Androgenic and Estrogenic Potential of Extracts obtained from Eastman Tritan Copolyester (Eldridge, Sayler, Menn, Center for Environmental biotechnology, Univeristy of Tennessee) | 7/15/13 |
| P-48 | Powerpoint presentation: The Center for Environmental Biotechnology, Eastman Visit, by Gary Sayler and John Sanseverino | 7/15/13 |
| P-49 | Email to Greg Carson from Mullin PET Estrogenic Activity Tritan materials | 7/15/13 |
| P-50 | Resinex emails with Eastman | 7/17/13 |
| P-57 | Product Safety Program Jobs (2 sheets) and Invoices | 7/17/13 |
| P-60 | Bittner emails with Patisaul (NCSU) | 7/15/13 |
| P-61 | Plastipure, Inc. Investment Opportunity presentation | 7/23/13 |
| P-76 | Platipure presentation: Eliminating EA in Commercial Plastic | 7/22/13 |

|  | Products |  |
|---|---|---|
| P-77C | Email from Usey to S. Aronoff RE: PET Estrogenic activity | 7/15/13 |
| P-77D | Suknaic to Bittner et al RE: PPI Weekley Sales Summary, with attachment | 7/15/13 |
| P-77E | Suknaic, Usey, Weil baby emails RE: quick follow up this week with Pastipure | 7/15/13 |
| P-83 | Bittner email to Ray Tice, NIH forwarding summary statement for Plastipure, EA free plastics | Not Admitted |
| P-85A | Bittner, Martin emails RE: results of Cathy's testing | 7/18/13 |
| P-103B | Plastipure release: Plastipure partners with TOPAS-US to sell Safer Plastic Products | 7/15/13 |
| P-105 | Plastipure and Certichem profit and loss statement | 7/15/13 |
| P-106 | Plastipure and Certichem balance sheets | 7/15/13 |
| P-108 | PR Newswire - "David and Goliath" | 7/15/13 |
| P-110 | News article: Eastman Chemical squelching debate on consumer safety in baby bottles, other plastics, claim CertiChemand Plastipure | 7/15/13 |
| P-111 | Plastipure website printouts | 7/15/13 |
| P-111A |  | 7/23/13 |
| P-112 | EA Free Plastic Products: Beyond BPA-Free Brochure | 7/15/13 |
| P-113 | Analysis of Tritan Plastics of Potential Endocrine Disruptors - Final Report | 7/16/13 |
| P-114 | Response to No. 10 RE: Defendants' 30(b)(6) notice: Amounts paid to testing labs | 7/15/13 |
| P-115 | EHP Paper-Most Plastic Projects Release Estrogenic Chemicals: A Potential Health Problem that Can be Solved | 7/15/13 |
| P-116 | Elsevier/Food and Chemical Toxicology: Lack of androgenicity and estrogenicity of the three monomers used in Eastman's Tritan copolyesters (Osimitz, Eldredge, Sloter, Welsh, Sayler, et al) | 7/15/13 |
| P-118 | Various Schug (UT Arlington) emails with PP, Yaniger | 7/15/13 |
| P-119 | Certichem's Responses to Plaintiff's First Request for Admissions | 7/15/13 |
| P-120 | Certichem's Responses to Plaintiff's First Interrogatories | 7/15/13 |
| P-121 | Plastipure's Responses to Plaintiff's First Request for Admissions | 7/15/13 |
| P-122 | Pastipure's Responses to Plaintiff's First Interrogatories | 7/15/13 |
| P-123A |  | 7/23/13 |
| P-125 | MCF-7 robotic assay to detect estrogenicity | 7/15/13 |
| P-126 | Food Chemistry Accepted Manuscript RE: Migration of plasticizers from Tritan and Polycarbonate bottles and toxicological evaluation | 7/15/13 |
| P-128 | Autoclave Protocol | 7/15/13 |

| P-129 | QUV Exposure | 7/15/13 |
|-------|--------------|---------|
| P-131 | Eastman publication: About Eastman Tritan copolyester product safety | 7/17/13 |
| P-140 | Spreadsheet: PP Plastic Items Test | 7/15/13 |
| P-141 | Spreadsheet: PP Plastic Items Test | 7/15/13 |
| P-142 | Lab notes fromYang: May & June 2008 | 7/15/13 |
| P-143 | Environmental Health Perspectives - September 2011 - In Vitro E-screen assay | 7/15/13 |
| P-144 | Spreadsheet: Tritan Comparison Study | 7/15/13 |
| P-146 | Spreadsheets RE: test results Cci MCF-7 | 7/15/13 |
| P-147 | US EPA Paper: Endocrine disruptor screening program test guidelines OPPTS 890.1600: Uterotrophic Assay | 7/15/13 |
| P-148 | Employee Shareholder (1/1/07-4/16/12) PP and CC | 7/18/13 |
| P-149 | Eastman website news: Eastman Recognized as Company of the Year by Chemical and Engineering News | 7/15/13 |
| P-150 | Product Safety Chart | 7/17/13 |
| P-152 | Test Method Nomination (MCF-7) | 7/15/13 |
| P-155 | Plastipure/Certichem Expert's time records | 7/15/13 |
| P-155A | | 7/22/13 |
| P-156 | Spreadsheet produced by PP 1/21/13 entitled: CC Database Extracts 1-21-2013 Plastipure Personal Care bottles.xls | 7/22/13 |
| P-157 | Spreadsheet produced by PP 5/29/13 entitled: Certichem Tritan Databse extracts - GK.final.xsls (Kollessary Report) | 7/15/13 |
| P-160 | Final Report - Ceetox in vitro models to predict toxicity - Evaluation of Chemicals for Estrogenic Receptor Beta Binding | 7/16/13 |
| P-162 | Plastipure Investor Presentation | 7/23/13 |
| P-163 | Email from Laiz to Usey RE: email from Bittner to Dickson | 7/15/13 |
| P-164 | Whole Foods (John Burns) email to Bittner | 7/15/13 |
| P-166A | Email Starr to Usey | 7/15/13 |
| P-166B | Email Bittner to Yaniger and Usey RE: PlastiPure Brochure, attaching 4 page PlastiPure Brochure | 7/15/13 |
| P-166C | Starr email to Usey RE: Marketing Plans - Continued | 7/15/13 |
| P-167 | Yang to Usey attaching Summary of Cambelback bottles | 7/15/13 |
| P-170A | Subset of Pivot Table - tests related to Triton | 7/16/13 |
| P-170B | Subset of Pivot Table | 7/22/13 |
| P-173 | Bittner emails with Whole Foods RE: letter to SBIR | 7/15/13 |
| P-175 | Patisaul letter to Laiz, Plastipure RE: consulting for Plastipure | 7/15/13 |
| P-177 | Plastipure news release: Plastipure and ReliaBrand Partner | 7/15/13 |
| P-181 | Bittner, Yaniger emails RE: EHP paper on BPA | 7/15/13 |
| P-182 | Bittner email to Drs. Wanger, Oehlmann RE: response to EHP letter | 7/15/13 |
| P-185 | Bittner, Yang emails RE: Comparison of Cell proliferation Assays in BG1 and MCF-7 cells | 7/15/13 |

| P-186 | Bittner to Yaniger, Usey to Patisaul emails | 7/18/13 |
|---|---|---|
| P-190 | Bittner, Usey, Yang emails re: Draft Presentation; attachments Table 1 extended for 25 April talk - mu2 CY, CSCgb Draft 2 CY; assay comparisons | 7/22/13 |
| P-191 | Plastipure powerpoint presentation: EA in Commercial Plastics | 7/15/13 |
| P-192 | Plastipure powerpoint presentation: Estrogenic Activity in Commercial Food Packaging: Survey, Causes and Cure (SPE International Polyolefins Conference - FlexPackCon, Houston, TX) | 7/15/13 |
| P-193 | Powerpoint created by Yaniger: Estrogenic Activity in Commercial Polyefins | 7/15/13 |
| P-194 | Email Starr to Usey RE: Marketing Plans | 7/15/13 |
| P-196 | Email from Klein to Usey RE: Tritan | 7/15/13 |
| P-197 | Yang/Usey emails RE: On the Tritan Test | 7/15/13 |
| P-199 | Plastipure Press Release - PlastiPure and Hydrapak Take First Safer Plastic Water Bottle to Market | 7/15/13 |
| P-204 | Martin email to Thermofisher RE: Resin Consideration | Not admitted |
| P-205 | Yaniger email to Usey, forwarding PlastiPure Two Way samples Draft 031810.docx and other emails RE: NDA draft | 7/15/13 |
| P-206 | Yaniger email to Usey RE: Eastman | 7/15/13 |
| P-208 | Jacki Laiz emil to Yang, Bittner, et al RE: Synopsis RE: Eastman Resin | 7/15/13 |
| P-209 | Bittner email to Joe Dickson, Wittenberg RE: meeting | 7/15/13 |
| P-213 | Bittner emails with Whole Foods (Joe Dickson) forwarding PP White Paper | 7/18/13 |
| P-214 | Email from Suknaic to triqplastics RE: EA PET | 7/15/13 |
| P-215 | Suknaic email to Usey | 7/15/13 |
| P-216 | Email from Yanger to Suknaic RE: UV test attaching PPI UV Exposure Procedures Test | 7/15/13 |
| P-217 | Sukaic email to Usey RE: Quick summary of Trade Fixtures call today | 7/15/13 |
| P-222A | Email Usey to Starr RE: Revised bid | 7/15/13 |
| P-222B | Email Starr to Usey RE: Contract and billing | 7/15/13 |
| P-226 | Email Usey to Starr RE: Commercialization plan from one grant - plan attached | 7/15/13 |
| P-227 | Email Starr to Usey RE: Business plan and marketing strategies | 7/15/13 |
| P-232 | Plastipure paper: The Issue with EA | 7/15/13 |
| P-237 | Starr email to Usey re: revenue model, attached PP Sales and Marketing Plan and Assumptions 2/21/12 (Part of Usey #23) | 7/23/13 |
| P-242 | Email from Usey to Starr and Yaniger RE: Additional Plastipure/CEH Proposal | 7/15/13 |
| P-248 | Plastipure Market Analysis, Marketing Strategy and Tactics presented by Andrew Starr | 7/17/13 |

| P-252 | Scott Borto (Thermos) emails with Andy Starr RE: Plastipure call follow-up | 7/15/13 |
|---|---|---|
| P-261 | Certichem draft website, In Vitro and In Vivo assays to detect estrogenic activity | 7/18/13 |
| P-265 | Bitt ner letter to Jerrold Heindel, NIEHS, NIH, forwarding SBIR Phase I proposal entitles "An in vitro robotic assay for estrogenic activity" | 7/15/13 |
| P-268 | Klein lab nots (Part of Klein 018) | 7/16/13 |
| P-270 | Plastipure, Inc. powerpoint presentation June, 2008 | 7/23/13 |
| P-271 | Plastipure powerpoint: Eliminating EA in Commercial Plastic Products | 7/23/13 |
| P-272 | Thermos internal email re: call with Plastipure; attached Plastipure General Presentation | 7/23/13 |
| P-289 | Utenn Center for Environmental Biotechnology: Analysis of Trian Plastics for Potential Endocrine Disruptors - Final Report (Melanie Eldridge, Sanseverino, Sayler, et al.) | 7/16/13 |
| P-292 | Dr. Christopher J. Borgert CV | 7/16/13 |
| P-293 | Timothy Richard Zacharewski CV | 7/16/13 |
| P-294 | Dr. Isabella Cunningham CV | 7/17/13 |
| P-296 | James Arthur Deyo, D.V.M., Ph.D., D.A.B.T. CV | 7/17/13 |
| P-297 | Thomas J. Pecorini CV | 7/18/13 |
| P-299 | Jason Jenkins CV | 7/18/13 |
| P-300 | Bittner/Yang marriage license | 7/15/13 |
| P-303A | Excerpts from Powerpoint: A Look at Eastman Chemical Co. | 7/15/13 |
| P-305 | Cunningham survey and results | 7/15/13 |
| P-314 | Email from Alice Griffin to Fred Colhoun et al., RE: FW: Estrogen in Tritan | 7/17/13 |
| P-337 | Email from Usey to Tatarka, et al 9/17/09 | 7/15/13 |
| P-339 | Email from Suknaic to Usey, et al 5/14/08 | 7/15/13 |
| P-340 | Email from Yaniger to Rosati, et al 10/6/09 | 7/15/13 |
| P-341 | Test table | 7/22/13 |
| P-342 | "U.S. Environmental Protection Agency Endocrine Disruptor Screening Program: SAP Review of Weight of Evidence: Evaluating Results of EDSP Tier 1 Screening" July 30 - August 2, 2013 | 7/23/13 |

| P-350 | CertiChem Accepted Data Summary Tests of Products made of Tritan | 7/23/13 Demonstrative Only |
|---|---|---|
| D-1.0001 | Email from Christopher Borgert to Rick Becker, et al | Not admitted |
| D-1.0003 | Email from Rick Becker to Marc Schurger, James Deyo, et al | Not admitted |
| D-1.0005 | Email from Christopher Borgert to James Deyo | Not admitted |
| D-2 | 10/16/09 Eastman Tritan Copolyester Message Library document | 7/15/13 |
| D-3 | 12/3/11 Proactive Media Relations Recommendation - Product safety focus | 7/15/13 |
| D-4 | 2011 Press release: Eight reasons to Pick Plastic This Holiday Season | 7/15/13 |
| D-7 | Eastman Tritan Copolyester Product Safety Social Media Issues Management Playbook, July 30, 2012 | 7/15/13 |
| D-8 | 2008 Press releases: Eastman Tritan Copolyester Helps Meet Infant Care Product Demands | 7/15/13 |
| D-9 | 2009 Press release: Key Baby Introduces New Infant Care Line Made with Eastman Tritan Copolyester | 7/15/13 |
| D-10 | 2010 Press release: "Rubbermaid introduces Premier Food Storage Containers Made with Eastman Tritan Copolyester" | 7/15/13 |
| D-11 | 2011 Press releases RE: Baby Brezza | 7/15/13 |
| D-12 | Series of 16 2011 press releases | 7/15/13 |
| D-15 | 3/4/10 email string RE: EA Communication Stretegy - Rescheduled Due to Another Meeting | 7/15/13 |
| D-16 | Outline RE: communication plan to address industry rumors | 7/15/13 |
| D-17 | Tritan Safety Messaging Card, Revised | 7/15/13 |
| D-18 | 2010 Press release: "New Third-Party Test Results Confirm Eastman Tritan Copolyester is Free of bisphenol-A and Estrogenic Activity" | 7/15/13 |
| D-19 | Eastman Product Safety Situation document | 7/15/13 |
| D-20 | Report on Social Media Monitoring 10/1/10 - 12/15/10 | 7/15/13 |
| D-21 | Report on Social Media Monitoring 12/15/10 to 1/21/11 | 7/15/13 |
| D-22 | Report on Social Media Monitoring 2/15/11 to 3/15/11 | 7/15/13 |
| D-23 | Report on Social Media Monitoring 1/21/11 to 2/15/11 | 7/15/13 |
| D-24 | List of Twitter and Facebook/LinkedIn content | 7/15/13 |
| D-25 | April - May 2012 Eastman Tritan SEM Campaign Report | 7/15/13 |

| D-26 | Eastman Tritan SEM Campaign Report, August - September 2012 | 7/15/13 |
| D-27 | March 2012 Eastman Tritan SEM Campaign Report | 7/15/13 |
| D-28 | Eastman Tritan SEM Campaign Report for October - November, 2012, December 28, 2012 | 7/15/13 |
| D-31 | Eastman Tritan Copolyester Product Safety Summary and Action Plan, November 21, 2011 | 7/15/13 |
| D-32 | 6/15/12 email string RE: Next Steps: Product Safety | 7/15/13 |
| D-33 | 2012 Press Release: Eastman Chemical Company Files Legal Action Against Plastipure Inc., CertiChem, Inc. | 7/15/13 |
| D-35 | 08/16/11 Yaniger email to Cox, Subject: The Eagle Has Landed | 7/15/13 |
| D-39 | 10/19/12 Usey email to Cox with forwarded email from Stoner, Subject: Concentrations | 7/15/13 |
| D-53 | PPI HC test material pivot table data (produced natively) | 7/15/13 |
| D-74 | Eastman PowerPoint - Eastman Tritan copolyester: Application sucess stories and technology update | 7/15/13 |
| D-75 | Tritan Technology Special Platform Team, P2006007408, Check-Step review October 22, 2009 | 7/15/13 |
| D-77 | Eastman Infant Care External Presentations, "Eastman Tritan copolyester Meeting with (Insert Company Name)" | 7/15/13 |
| D-79 | Eastman presentation entitled Tritan: Technology Special Platform Team | 7/15/13 |
| D-80 | Flyer, "Endocrine disruption testing of monomers in Eastman Tritan Copolyester" TRS-250 01/09 | 7/15/13 |
| D-83 | Eastman Tritan Copolyester: BPA Free Validation and Estrogenic Activity Testing Results | 7/15/13 |
| D-86 | Notes from Playtex visit 8/10/10 in Shelton CT | 7/15/13 |
| D-90 | Eastman "Eastman Tritan Copolyester: Estrogenic Activity Testing Results" PPT | 7/15/13 |
| D-95 | CeeTox Final Report, Study Number: 9081-100118, dated October 30, 2010 | 7/15/13 |
| D-96 | Ceetox Final Report, Study Number: 9081-100118, dated October 30, 2010 | 7/15/13 |
| D-97 | Ceetox Final Report, Study Number: 9081-100118, dated October 30, 2010 | 7/15/13 |
| D-99 | CeeTox Final Report, Study Number: 9081-100130, dated November 30, 2010 | 7/15/13 |
| D-100 | CeeTox Final Report: Evaluation of Chemicals for Estrogenic Transactivation Activity in T47D-Kbluc Reporter Cells and Androgenic Activity in MDA-Kb2 Reporter Cells | 7/15/13 |
| D-102 | Letter from Mr. Schurger to U.S. EPA, dated May 8, 2007 | 7/15/13 |
| D-106 | Prediction of Estrogen and Androgen Activities Using Computer-Aided Molecular Modeling (Phase II), Report, July 7, | 7/15/13 |

| | 2008 | |
|---|---|---|
| D-110 | Tritan Copolyester Toxicity and Application Testing, Legal and SPBO Review, 1-31-2008 | 7/15/13 |
| D-111 | Prediction of Estrogen and Androgen Activities Using Computer-Aided Molecular Modeling Reported on May 6, 2008 | 7/15/13 |
| D-136 | Email string from Leonard Wayne Velso RE: Testing for estrogenic activity | 7/15/13 |
| D-137 | Email string from Fred Colhoun to Greg Carson, et al. re:[l] Triton materials | 7/15/13 |
| D-139 | Email string from Suzanne T. Spell to Leonard Wayne Velsor re: 20100222_Tritan and PlastiPure | 7/15/13 |
| D-140 | Email re Estrogen activity article – from Deyo to Becker et al. | 7/15/13 |
| D-142 | Letter to Rick Harrison (Fritz, Byrne) from William Rhea (DuBois, Bryant) regarding representation of PlastiPure and CertiChem | 7/15/13 |
| D-145 | Email re Tritan Safe Link – from Porter to Parsons et al | 7/15/13 |
| D-151 | Eastman Estrogenic Activity Testing PPT (Internal) | 7/15/13 |
| D-160 | 04/12/12 email from Shih to Pecorini, et al.; Subject: Peel force for Tritan with and without UV exposure (attachment--heat seal with UV.xlsx) | 7/15/13 |
| D-161 | E-mail from Shih to Detwiler re: UVsamples | 7/15/13 |
| D-162 | E-mail string, top e-mail from Mr. Shih to Mr. Phillips, dated April 04, 2012, Subject: FW: UV experiment, EASTMAN-006163-EASTMAN-006171 | 7/15/13 |
| D-163 | Infrared Spectroscopy Report | 7/15/13 |
| D-164 | PCAP Underpinning Project, Weathering Fundamentals, April 27, 2012 | 7/15/13 |
| D-171 | 04/27/12 email from Pecorini to Phillips, Subject: Weathering Team Documents (Attachment-weathering underpinning Team project plan proposal.docx) | 7/15/13 |
| D-172 | 4/26/2012 Detwiler to Phillips, Subject: Weathering Underpinning documents and update | 7/15/13 |
| D-178 | Emailstring from Marc G. Schurger to Anne D. Kilgore re: Plastipure brochure | 7/15/13 |
| D-191 | E-mail string, top e-mail from Mr. Deyo to Mr. Porter, et al, dated October 15, 2010, Subject: RE: Plastipur brochure | 7/15/13 |
| D-192 | Email string re [I] Daily Packaging News: BPA-free plastics may still pose health risk, study; PCR paper bread bags; Moldable metals; ConAgra charity; more- fromVolk to Colhoun, Porter, Beavers | 7/15/13 |

| D-193 | Email from Fred Colhoun to Dawn S. Allen, et al. re: [CALL REPORT] PROSPECTIVE CUSTOMERS – DO OT CUSTOMER PROFILE SYSTEM (CPS – 2010 ABC Kids Expo | 7/15/13 |
|---|---|---|
| D-194 | Email from Randy S. Beavers to Dawn S. Allen, et al. re: [CALL REPORT] Tupperware Corporation – Tupperware Call Report 5.21.10 | 7/15/13 |
| D-197 | E-mail from Kieran Smith to Greg Carson and Fred Colhoun, dated February 11, 2011, with a "Call Report"attached | 7/15/13 |
| D-198 | E-mail string, top e-mail from Mr. Smith to Mr. Colhoun, dated October 22, 2010, Subject: FW: Formulate response to potential customer inquiries re: Plastipure | 7/15/13 |
| D-199 | E-mail from SharePoint Alert to Fred Colhoun, dated May 11, 2010 | 7/15/13 |
| D-200 | 12/08/11 Schurger Email to Colhoun re EA testing results for samples | 7/15/13 |
| D-202 | Email from Karen Kay Parsons to Dawn S. Allen, et al. re: Media Report for PlastiPure | 7/15/13 |
| D-205 | Take away messages on BPA and EASTMAN | 7/15/13 |
| D-209 | E-mail string starting with an e-mail from Emmett O'Brien to Fred Colhoun, James Deyo, and Leonard Wayne Velsor, dated June 20, 2011. | 7/17/13 |
| D-210 | Email from Wendy Anne Johnson to Bilgin Aydin, et al. re: FW: [CALL REPORT] PROSPECTIVE CUSTOMERS – DO NOT CUSTOMER PROFILE SYSTEM (CPS – OEM Difrax Infant Care, Netherlands | 7/15/13 |
| D-215 | Email from Greg Carson to Fred Colhoun, et al., RE: Visit to CamelBak - 3/24 | 7/15/13 |
| D-219 | Email re Tritan Safe Campaign from Parsons to Reed et al | 7/15/13 |
| D-220 | E-mail from Ms. Parsons to Mr. Boldea, et al, dated December 06, 2011, Subject: Proactive Search Engine Marketing Program | 7/15/13 |
| D-222 | Email re Trade pitching prep from Jacobs to Parsons et al. | 7/15/13 |
| D-223 | PowerPoint slides – Tritan™ Safe Campaign | 7/15/13 |
| D-227 | Email re New Call Report: BECTON DICKINSON & CO. – Call on BD Sandy – from Plummer to Anderson et al | 7/15/13 |
| D-231 | 02/12/10-02/15/10 Deyo email response to 02/12/10 Trade Fixtures email, Subject: EA Free | 7/15/13 |
| D-254 | Elsevier Editorial System (tm) for Food and Chemical Toxicology Manuscript Draft | 7/15/13 |
| D-263 | E-mail string, top e-mail from Mr. Deyo to Mr. Osimitz, dated March 17, 2011, Subject: FW: Risk Assessment for PET (from October 2009) | 7/23/13 |

| D-265 | Letter from Mr. Schurger to U.S. EPA, dated December 20, 2006 | 7/15/13 |
|---|---|---|
| D-266 | Notification for new use of food contact substance | 7/15/13 |
| D-268A | Eastman-009417, Attachment 14 | 7/15/13 |
| D-270 | E-mail string, tope-mail from Mr. Killian to Mr. Deyo, dated August 26, 2005, Subject: RE: HTM Impurities | 7/15/13 |
| D-271 | 12/18/06-12/19/06 emails of Jenkins, Deyo, et al, Subject: FW: mustang- possible additional volatile compound | 7/15/13 |
| D-277 | E-mail string, top e-mail from Mr. Green to Mr. Deyo, dated December 28, 2007 | 7/15/13 |
| D-279 | E-Mail, 11-10-07, Garcia to Jenkins Re:Mustang Regulatory Meeting Minutes 11-9-2007 | 7/15/13 |
| D-280 | Email from Garcia to Barton, et al. re: Tritan Regulatory Meeting Minutes 1-17-2008 | 7/15/13 |
| D-282 | Email string from Steve Briley to James A. Delo, et al. re: PM Numbers for Chemicals FW: Agenda – TMCD Commercial Plant Start-up IC Team December 2008 Meeting | 7/15/13 |
| D-283 | Scialli, A., Reproductive and Developmental Toxicity Potential of 2,2,4,4-Tetramethyl-1,3-cyclobutanediol (TMCD) Monomer | 7/15/13 |
| D-292 | Email from Eddie Sloter to James Deyo | Not admitted |
| D-308 | E-Mails, January 11, 2010, Phillips to Jenkins et al Re: Compiled volatiles testing from December 09 D-line campaign | 7/15/13 |
| D-309 | Email string from Emmett O'Brien to James A. Deyo, et al. re: FW: [CALL REPORT] – Camelbak / ITEM – Dinner Discussions 1/21/10 | 7/15/13 |
| D-310 | Email from Lee to Templeton, et al. re: LDM Request for M116 | 7/15/13 |
| D-314 | (AEO) 03/11/11 Cleven email to O'Brien, Subject: data (attachment-TX2001-001.pdf) | 7/15/13 |
| D-315 | E-Mails, RE: Reminder of UT extraction procedure, 1-31-11 to 3-9-11 | 7/15/13 |
| D-316 | E-Mail with attachment, LCMS of UT Extracts of TX2001 and TX1001, 4-25-011 | 7/15/13 |
| D-320 | E-Mails, FW: Tech Service and Needs Reports-MediCet sample Tritan EX401 f..., 12-3-09 to 12-8-09 | 7/15/13 |
| D-323 | Email from Jenkins to Deyo re: Preliminary FDA ruling on BPA? | 7/15/13 |
| D-324 | Email from Nancy Gilley to James Deyo, Subject: Purchase Req – U.S. FDA National Center for Toxicological Research. | 7/15/13 |
| D-325 | Email from Deyo to Tong re: EDKB | 7/15/13 |
| D-327 | Email from James Deyo to William Welsh, re: Update | 7/15/13 |

| D-328 | Email from James Deyo to Anthony Scialli re: Report | 7/15/13 |
| D-329 | Email from James Deyo to Anthony Scialli re: Eastman | 7/15/13 |
| D-332 | Letter from Eastman to Anthony R. Scialli, M.D. re: On-Site Business Consulting Services Agreement | 7/15/13 |
| D-333 | 05/06/08 Scialli and Deyo email exchange, Subject: RE: Eastman - update | 7/23/13 |
| D-335 | Prediction of Estrogen and Androgen Activities Using Computer- Aided Molecular Modeling (Phase II): Report 7/7/08, updated 10/7/08 | 7/15/13 |
| D-336 | Email from William Welsh to James Deyo, re: Eastman Binding Affinity Scores. | 7/15/13 |
| D-339 | Agreement between Eastman Chemical Company and the University of Tennessee | 7/15/13 |
| D-341 | Email from Emmett O'Brien to Waylon L. Jenkins, et al. re: Proposal for EA Testing | 7/15/13 |
| D-342 | E-mail  string starting with an e-mail from Emmett O'Brien to Ignacio Garcia and Scott Armentrout, dated December 16, 2009 Re: EA Free | 7/23/13 |
| D-343 | Email, External PowerPoint Presentation, "Analysis of Eastman Tritan Copolyester for Potential Endocrine Disruption" | 7/17/13 |
| D-345 | Email re Tritan Composition- from O'Brien to Deyo | 7/15/13 |
| D-348 | Email from Muriel Reva to James Deyo re: Sent on behalf of Colleen Toole – Finalized reports | 7/15/13 |
| D-357 | 01/28/11-01/31/11 Jenkins and Deyo, et al email string, Subject: RE: Tritan extracts (attachment-Annex_18_LC_MS_Oligomers.pdf) | 7/15/13 |
| D-359 | See Native, Eastman 013051 | 7/15/13 |
| D-360 | 04/05/11 Jenkins, W. email to Watts, Cleven, O'Brien, and Deyo, Subject: Re: Extractables Testing Using EHP Paper conditions | 7/15/13 |
| D-361 | Eastman-013059, E-Mail 2-29-12, Waylon Jenkins to James A. Deyo | 7/15/13 |
| D-365 | Summary of work performed by Center for Environmental Biotechnology. | 7/15/13 |
| D-366 | Deyo email van Dijk re: First REACH substances eval list published | 7/15/13 |
| D-368 | Final Report, Evaluation of Chemicals for Androgenic Transactivation Activity (ARTA), and Estrogenic Transactivation Activity (ERTA), dated November 30, 2010 | 7/15/13 |
| D-370 | Eastman brochure titled "Endocrine disruption potential of monomers used in Eastman Tritan copolyester" | 7/15/13 |

| D-371 | Email; Eastman brochure, "Endocrine disruption testing of monomers used in Eastman Tritan Copolyester" | 7/15/13 |
|---|---|---|
| D-372 | Eastman Tritan™ Copolyester Messaging Reference, Eastman Chemical Company, Workshop in Kingsport, Tenn. | 7/15/13 |
| D-373 | Master Service Agreement for Testing Services between Eastman Chemical Co. and CeeTox | 7/15/13 |
| D-377 | CeeTox Cost Estimate Proposal to Eastman. "Estrogen Responsive Transactivation (ET)" | 7/15/13 |
| D-379 | Email from Nikki Caro to James Deyo re: Binding CEP Revision | 7/15/13 |
| D-383 | Email from Colleen Toole to James Deyo re: test articles and testing in TA assays | 7/15/13 |
| D-385A | E-mail string, top e-mail from Ms. Toole to Mr. Deyo, dated September 01, 2010, Subject: E: [I] data | 7/17/13 |
| D-397 | CeeTox Cost Estimate Proposal re: Transactivation Assays (ET/AT) | 7/15/13 |
| D-405 | Email from Autumn Morgan to James Deyo re: CeeTox invoices attached | 7/15/13 |
| D-423 | E-mail string, top e-mail from Ms. Parsons to Ms. Demuth, dated September 06, 2011, Subject: FW: [I] RE: Q&A's, EASTMAN-014520-EASTMAN-014524 | 7/15/13 |
| D-427 | E-mail string, top e-mail from Mr. O'Brien to Ms. Parsons, dated October 13, 2011, Subject: RE: Statement for Sales Team 9 9 11 For Client Review.docx | 7/15/13 |
| D-429 | Email string re Request from CTV National News – Bottle Test Results – from Philip to Zipp et al | 7/15/13 |
| D-431 | Email re CTV News update from Zipp to Parsons et al | 7/15/13 |
| D-434 | Mock Interviews – Scenarios thru Scenario 6 | 7/15/13 |
| D-435 | 09/16/11 Zipp (Bader Rutter) email to Parsons, Subject: Media Training Agenda | 7/15/13 |
| D-436 | Email string re Quotes, Documents for Review – from Jacobs to Parson, Boldea | 7/15/13 |
| D-438 | Email re Q&A's – from Parsons to Jacobs | 7/15/13 |
| D-440 | 09/03/11 Jacobs email exchange with Boldea and Parsons, Subject: Quotes, Documents for Review | 7/15/13 |
| D-441 | Attachment to email from Jacobs - Comments from Boldea re results of plastic product testing conducted by CertiChem for CTV | 7/15/13 |
| D-442 | Memo from Jacobs to Parsons et al re Proactive media relations regarding product safety | 7/15/13 |
| D-443 | E-mail from Ms. Jacobs to Ms. Parsons, et al, dated January 10, 2012, Subject: [I] Follow-up: Serving legal papers Jan.12-16 | 7/15/13 |

| D-444 | E-mail from Ms. Jacobs to Ms. Parsons, et al, dated January 11, 2012, Subject: [I] Statement, Supplementary Messages/Q&A, Video Qs | 7/15/13 |
|---|---|---|
| D-445 | Email string re: Tritan Twitter Conversation – from Colhoun to Parsons, Griffin, Smith | 7/15/13 |
| D-448 | Email from Emmett O'Brien to Dan Wodka et al., RE: RE: Tritan resin | 7/15/13 |
| D-449 | 11/04/10 Jacobs email to Parsons, Subject: Budget Estimate Breakdown | 7/15/13 |
| D-450 | Eastman literature, Eastman Tritan™ copolyester, Social Media Monitoring 10/1/10 to 12/15/10 | 7/15/13 |
| D-452 | PowerPoint - Eastman – Product Safety Discussion | 7/15/13 |
| D-454 | E-mail from Ms. Zipp to Ms. Parsons, et al, dated January 03, 212, Subject: [I] Product Safety media Relations Update | 7/15/13 |
| D-455 | E-mail from Mr. Sternig to Ms. Parsons, et al, dated December 04, 2011, Subject: [I] Preliminary Social Media Audit Findings - PlastiPure/CertiChem | 7/15/13 |
| D-456 | E-mail string, top e-mail from Ms. Demuth to Mr. Sago, et al, dated December 05, 2011, Subject: Tritan- Plastipure Standby Statement | 7/15/13 |
| D-457 | E-mail string, top e-mail from Mr. Smith to Ms. Barnett, dated May 20, 2010, Subject: FW: Tech Service and Needs Reports- Visit with Trade Fixtures to Who… | 7/15/13 |
| D-459 | Email; "Suggested Messages for use by Dr. Andrew Weil, Key Baby" and "Suggested Messages for use by Eastman." Undated. No author. | 7/15/13 |
| D-460 | CamelBak EA discussion | 7/15/13 |
| D-463 | E-mail string, top e-mail from Mr. Armentrout to Ms. Miller, et al, dated April 21, 2010, Subject: FW: [I] Eastman-PlastiPure MNDA | 7/15/13 |
| D-468 | E-mail from Mr. Boldea to Ms. Parsons, et al, dated September 04, 2011, Subject: IMPORTANT - FINAL DOCUMENT READY FOR CTV | 7/15/13 |
| D-474 | 10/03/11 Parsons email exchanges with Blake and Boldea, Subject: Preparation for Emmett Crawford oral history | 7/15/13 |
| D-476 | E-mail from Ms. Parsons to Mr. O'Brien, et al, dated December 05, 2011, Subject: It Live - www.tritansafe.com | 7/15/13 |
| D-477 | E-mail from Ms. Parsons to Mr. Blake, et al, dated December 05, 2011, Subject: Final Press Releases and Updated PR Plan | 7/15/13 |
| D-478 | E-mail from Deyo to Blake and Velsor re: Presentation on Tritan in Munich | 7/15/13 |

| D-479 | 01/26/12 Parsons email, Subject: ThinkBaby comments about Tritan | 7/15/13 |
|---|---|---|
| D-481 | E-mail string, top e-mail from Mr. Anderson to Ms. Albert, et al, dated December 01, 2011, Subject: ACTION & IMPORTANT | 7/15/13 |
| D-483 | 07/20/11 Colhoun email to Smith, Subject: Sports Bottles LCA brochure (attachment) | 7/15/13 |
| D-484 | Take Away messages on BPA | 7/15/13 |
| D-488 | Final Report, A Hershberger Assay of 2,2,4,4-Tetramethyl-1,3-Cyclobutanediol, Dimethyl Terephthalate and 1,4-Cyclohexanedimethanol Administered Orally in Peripubertal Orchidoepididyectomized Rates | 7/15/13 |
| D-490 | Final Report, A Uterotrophic Assay of 2,2,4,4-Tetramethyl-1,3-Cyclobutanedio, Dimethyl Terephthalate and 1,4-Cyclohexanedimethanol Administered Orally in Ovariectomized Rats | 7/15/13 |
| D-491 | Email from Emmett O'Brien to Randy Beavers RE: [Call Report] Tupperware Corporation - Tupperware Call Resport 5.21.10 | 7/15/13 |
| D-492 | Document titled "Eastman Tritan Copolyester: Estrogenic Activity Testing Results" | 7/15/13 |
| D-493 | Eastman "Eastman Tritan Copolyester: BPA Free Validation and Estrogenic Activity Testing Results" PPT | 7/15/13 |
| D-496 | Email from David Porter to Peter Miller et al., RE: FW: Tech Service and Needs Reports -  Camelbak EA discussion | 7/15/13 |
| D-497 | Email string from David Porter to Ed Boochard re: FW: Tech Service and Needs Reports - Camelbak EA discussion | 7/15/13 |
| D-498 | Email; PowerPoint presentation, "Eastman Tritan Copolyester: BPA Free Validation and Estrogenic Activity Testing Results" | 7/15/13 |
| D-501 | 09/24/10 Cleven, O'Brien, et al email string, Subject: RE: BPA free / EA free press release | 7/15/13 |
| D-506 | Deyo email O'Brien re: TPP | 7/15/13 |

| D-507 | Deyo email O'Brien re: Theoretical amounts of TPP or phenol in Tritan | 7/15/13 |
|---|---|---|
| D-508 | Email from James Deyo to Emmett O'Brien RE: FW: First REACH substance evaluation list published | 7/15/13 |
| D-510 | Deyo email O'Brien re: TPP | 7/15/13 |
| D-513 | E-mail from Deyo to Toole re: Eastman (second opinion) | 7/15/13 |
| D-520 | Email from Emmett O'Brien to James Deyo re: UT work review | 7/15/13 |
| D-527 | Email from Melanie DiClaudio to James Deyo, et al. re: Monday | 7/23/13 |
| D-528 | 08/27/09 Jenkins, W. email exchange w/ Deyo, O'Brien, and Phillips, Subject: RE: Tritan Project | 7/23/13 |
| D-529 | Email from Waylon Jenkins to Emmett O'Brien, et al. re: Tritan project | 7/23/13 |
| D-530 | Email from Waylon Jenkins to Emmett O'Brien re: Reminder of UT extraction procedure | 7/15/13 |
| D-532 | Email from James Deyo to Melanie DiClaudio re: More Eastman work.....ouch | 7/15/13 |
| D-540 | 2/11/10 email from O'Brien to Crawford re Samples | 7/15/13 |
| D-541 | Email from Kieran Smith to Emmett O'Brien et al., RE: Article | 7/15/13 |
| D-542 | Email; "Prepared Statement" | 7/15/13 |
| D-544 | Miller email O'Brien re: First REACH substances eval list published | 7/15/13 |
| D-557 | Welsh, William J.; Prediction of Estrogenic and Androgenic Activities Using Computer-Aided Molecular Modeling (Phase II); Report July 7, 2008 (Updated October 7, 2008) | 7/15/13 |
| D-560 | CeeTox Final Report: Evaluation of Chemicals for Estrogenic Transactivation Activity in T47D-KBluc Reporter Cells and Androgenic Activity in MDA-Kb2 Reporter Cells | 7/15/13 |
| D-571 | (AEO---PAGE 3 ONLY) 08/24/09 O'Brien email, Subject: Tritan Regulatory Team Update-August | 7/15/13 |
| D-572 | Calhoun email to Smith re "Tritan Environmental and Regulatory Team Update" | 7/15/13 |
| D-574 | Email string from David Porter to James A. Deyo, et al. re: Plastipure brochure | 7/15/13 |
| D-576 | Email from Deborah Crain to Greg Carson, et al., RE: FW: PlastiPure | 7/15/13 |
| D-577 | Eastman/UTENN SOT Posters | 7/15/13 |

| D-580 | E-mail string, top e-mail from Ms. Parsons to Mr. O'Brien, dated November 08, 2011, Subject: FW: Slide and Email for Meeting - Confidential | 7/15/13 |
|---|---|---|
| D-586 | E-mail string, top e-mail from Ms. Parsons to Mr. O'Brien, et al, dated February 04, 2012, Subject: FW: [I] Media inquiry | 7/15/13 |
| D-592 | E-mail string, top e-mail from Mr. Schurger to Mr. Deyo, et al, dated September 01, 2010, Subject: RE: Tritan - Endocrine testing | 7/15/13 |
| D-594 | Email from James Deyo to Emmett O'Brien re: Eastman Final Report | 7/15/13 |
| D-596 | Email from James Deyo to Emmett O'Brien re: Tritan results in mammalian cells | 7/15/13 |
| D-601A | E-mail string, top e-mail from Mr. Deyo to Mr. O'Brien, dated December 01, 2010, Subject: RE: [I] RE: Eastman | 7/15/13 |
| D-605 | E-mail from Mr. Deyo to Mr. O'Brien, dated May 06, 2010, Subject: Test proposal | 7/15/13 |
| D-606 | Email from James A. Deyo to Lucian Boldea, et al. re: Tritan Endocrine Testing Program.docx | 7/15/13 |
| D-616 | Email from Emmett Crawford to Emmett O'Brien and James Deyo re: Binding reports | 7/15/13 |
| D-617 | Email string re Tritan question - from Thomas to Cleven et al. | 7/15/13 |
| D-622 | Redacted - E-mail string, top e-mail from Mr. Osimitz to Mr. O'Brien, et al, dated April 18, 2011, Subject: Re: [I] Scope question… | 7/23/13 |
| D-624 | Email re Intro section to a manuscript - from Deyo to Osimitz, O'Brien, Jenkins | 7/15/13 |
| D-633 | E-mail string, top e-mail from Mr. Deyo to Mr. O'Brien, dated January 27, 2010, Subject: RE: chink in armor | 7/15/13 |
| D-634 | E-mail string, top e-mail from Mr. Deyo to Mr. O'Brien, dated January 27, 2010, Subject: RE: chink in armor | 7/15/13 |
| D-649 | Email re EA Coverage Update – Wed. Dec. 7 from Crook to Carson et al | 7/15/13 |
| D-650 | Email from Joseph Granchelli to Emmett O'Brien et al., RE: FW: EA Lab Report | 7/15/13 |
| D-655 | Email string re Whole Foods – from Barnett to O'Brien | 7/15/13 |
| D-656 | E-mail from Ms. Parsons to Mr. O'Brien, dated March 04, 2011, Subject: Possible Question for IHHS | 7/15/13 |
| D-658 | Email string from David Porter to Emmett O'Brien re: Green to Grow or Green 2 Grow | 7/15/13 |
| D-659 | Email from James Deyo to Emmett O'Brien RE: Tupperware Presentation.pptx | 7/15/13 |

| D-660 | Analysis of Eastman Tritan Copolyester Potential Endocr2011, to September 2011, Re: MCF-7 and E-Screen | 7/15/13 |
|---|---|---|
| D-661 | E-mail string, top e-mail from Mr. Deyo to Mr. O'Brien, et al, dated February 24, 2010, Subject: RE: BPA and EA Free Presentation for Customers (Trade Fixtures and Weilbaby) | 7/15/13 |
| D-662 | Email string from Randy S. Beavers to Emmett O'Brien re: BPA and EA Free Presentation for Customers (Trade Fixtures and Weilbaby) | 7/15/13 |
| D-663 | Email string from Emmett O'Brien to Randy S. Beavers re: [l] Re: Endocrine Disruptors | 7/15/13 |
| D-664 | 01/29/10 E-mail string starting with an e-mail from James Deyo to Bert Heijne and Emmett O'Brien, Subject: Test labs | 7/15/13 |
| D-667 | 11/02/10 Kilgore email to O'Brien, Parsons, and Kay, Subject: RE: Communications Plan Wording on Third Party Article for Tritan Testing | 7/15/13 |
| D-668 | Email string from Lucian Boldea to Emmett O'Brien re: Formulate response to potential customer inquiries re: Plastipure | 7/15/13 |
| D-669 | Email from Chris Killian to Emmett O'Brien re: [l] PlastiPure and ReliaBrand Partner to Create Safer Plastic Products PlastiPure in Agreement to Develop and License … | 7/15/13 |
| D-672 | Email string from James A. Deyo to Emmett O'Brien re: presentation | 7/15/13 |
| D-673 | Email from Michelle Culbertson to David Porter, et al., RE: Approval of Presentation - Emmett O'Brien | 7/15/13 |
| D-674 | Email from Emmett O'Brien to Burt A. Capel, et al. re: Customer Questions Regarding BPA and Endocrine Disruption | 7/15/13 |
| D-676 | E-mail string, top e-mail from Mr. Deyo to Mr. O'Brien, dated January 21, 2010, Subject: RE: Quick Proofread for Customer - Tritan endocrine disruption | 7/15/13 |
| D-677 | Email from Karen Kay Parsons to Emmett O'Brien re: Messaging card for sales | 7/15/13 |
| D-679 | Eastman Brochure: Supporting your confidence with product stewardship and safety studies | 7/15/13 |
| D-682 | Email string re ACC takes a shot at Yang Bittner –Miller, Jenkins, Velsor, Parsons, O'Brien et al | 7/15/13 |
| D-687 | 03/24/11 Deyo and Osimitz email exchange, RE: MCF Test (attachment-EDSTAC-App K.pdf; EDSTAC-App | 7/17/13 |

| | M.pdf) | |
|---|---|---|
| D-688 | 1/26/10 to 2/1/10 Eastman staff email exchanges, Subject: Re: Tritan BPF Free Communication | 7/15/13 |
| D-689 | 07/21/09 Porter and O'Brien email exchange, Subject: Re: New Efforts to Support Tritan Regulatory and Environmental Claims | 7/15/13 |
| D-690 | 08/03/09 O'Brien email, Subject: Re: Tritan Environmental and Regulatory Team Update | 7/15/13 |
| D-692 | Email from Karen Kay Parsons to Dawn S. Allen, et al. re: Q&A's developed around the plant opening/product safety. | 7/15/13 |
| D-705 | Standby Statement: Pending Litigation between Eastman and PlastiPure/CertiChem, dated December 2, 2011 | 7/15/13 |
| D-706 | Computation Sheet | 7/15/13 |
| D-708 | Eastman Review of the UV Resistance of unstabilized copolyesters | 7/15/13 |
| D-711 | Email from Boldea to Parsons, Jacobs re IMPORTANT-FINAL DOCUMENT READY FOR CTV | 7/15/13 |
| D-712 | 11/2/10 - 11/16/10 Parsons email, Subject: High Level Communication Plan for Eastman Response to PlastiPure - Attorney Client Privilege | 7/15/13 |
| D-717 | Eastman Tritan Copolyester: FAQs | 7/15/13 |
| D-719 | Email string re Standby-ChertiChem for CTV from Demuth to Parsons, Payne | 7/15/13 |
| D-720 | Eastman Tritan Copolyster Produce Safety Message Library - Draft for Review | 7/15/13 |
| D-721 | Eastman Tritan Copolyester Product Safety Message Library, Draft for Review 9-20-11 | 7/15/13 |
| D-723 | Email string re Comments re Attack Mode – Attorney Client Privilege – from Velsor to Parsons et al | 7/15/13 |
| D-724 | Standby Statement: Pending Litigation between Eastman and PlastiPure/CertiChem, dated November 22, 2011 | 7/15/13 |
| D-725 | 10/14/10-10/15/10 O'Brien and Boldea email exchange, Subject: RE: Formulate response to potential customer inquires re: Plastipure | 7/15/13 |
| D-726 | Email re Upcoming Show on Canadian TV – O'Brien, Blake, Colhoun et al. | 7/15/13 |
| D-727 | 12/06/11 Parsons email exchanges with Payne, Betty, Subject: News Dashboard Initial Report: Eight Reasons to Pick Plastic This Holiday Season | 7/15/13 |
| D-728 | Email from Deyo to Jenkins, et al. re: PlastiPure | 7/15/13 |
| D-729 | Email from Welsh to Deyo re: Report | 7/15/13 |

| | | |
|---|---|---|
| D-731 | 02/12/10-02/15/12 email O'Brien and Beavers email exchange, Subject: EA Free | 7/15/13 |
| D-734 | Chart, entitled: Eastman Prioritization of Corporate Product Issues List | 7/15/13 |
| D-735 | E-mail from Mr. Boldea to Mr. Reed, et al, dated December 01, 2011, Subject: IMPORTANT | 7/15/13 |
| D-736 | Email string from David Porter to Emmett O'Brien re: communication plans | 7/15/13 |
| D-738 | Email string from Michelle M. Culbertson to Emmett O'Brien re: Approval of Presentation – Emmett O'Brien | 7/15/13 |
| D-739 | Email string from Emmett O'Brien to Paul R. Anderson re: Approval of Presentation – Emmett O'Brien | 7/15/13 |
| D-741 | E-mail string starting with an e-mail from Michelle Culbertson to Emmett O'Brien, dated October 13, 2010, with Eastman Tritan Copolyester for CamelBak document attached | 7/15/13 |
| D-746 | E-mail from Kristi D. Huff to Karen Parsons 7-25-12, Tritan % of Sales by Market | 7/15/13 |
| D-749 | Tritan Safe SEM Text Ads re: Lawsuit examples | 7/15/13 |
| D-750 | Eastman Brochure: "Eastman Tritan SEM Campaign Report" | 7/15/13 |
| D-751 | E-mail from Witzeman to Parsons re: standby statement | 7/15/13 |
| D-752 | E-mail from Schurger to Kilgore re: Copies of manuscript to Godefroy | 7/15/13 |
| D-753 | E-mail string, top e-mail from Ms. Parsons to Mr. Boldea, et al, dated June 20, 2012, Subject: FW: [I] FW: Claims of estrogenic activity with Eastman Tritan products | 7/15/13 |
| D-754 | E-mail from Parker to Peters-Smith re: Article about Tritan water bottles | 7/15/13 |
| D-758 | E-mail from Adrian to Parsons re: Media tour information | 7/15/13 |
| D-761 | E-mail string, top e-mail from Ms. Parsons to Ms. Jacobs, et al, dated June 20, 2012, Subject: FW: [I] PlasticsToday talking Points | 7/15/13 |
| D-762 | E-mail string, top e-mail from Ms. Adrian to Ms. Parsons, et al, dated June 15, 2012, Subject: [I] RE: Next steps: product safety | 7/15/13 |
| D-767 | Email from Karen Parsons to Doris Hobbs et al., RE: URGENT - Rubbermaid Commercial Products - Estrogenic Activity Request | 7/15/13 |
| D-768 | Email from Karen Parsons to Doris Hobbs et al., RE: Additional Talking Points and Possible Q&A's for | 7/15/13 |

| | Rubbermaid | |
|---|---|---|
| D-769 | Email from Doris Hobbs to Brent Mague et al., RE: Tritan copolyester EA Discussion | 7/15/13 |
| D-772 | E-mail from Ms. Parsons to Ms. Davis, dated July 31, 2012, Subject: Eastman/PlasstiPure Story on NPR | 7/15/13 |
| D-774 | Opening comments and Interview questons | 7/15/13 |
| D-775 | E-mail from Ms. Adrian to Ms. Parsons, et al, dated August 01, 2012, Subject: [I] Discussion Document for Teas Observer interview | 7/15/13 |
| D-781 | E-mail from Ms. Ganek to Ms. Parsons, et al, dated July 10, 2012, Subject: [I] Product Safety social media recommendation ballpark budget number | 7/15/13 |
| D-783 | Email from Randy Beavers to Karen Parsons et al., RE: List of Current account to proactively contact (via phone) | 7/15/13 |
| D-784 | E-mail from Ms. Jacobs to Ms. Parsons, et al, dated July 29, 2012, Subject: [I] Updated Standby Statement, Media Revelations Options | 7/15/13 |
| D-785 | Eastman Tritan Copolyester Product Safety Message Library, Draft for Review 7-10-12 | 7/15/13 |
| D-787 | E-mail string, top e-mail from Mr. O'Brien to Mr. Plummer, et al, dated March 22, 2010, Subject: FW: [I] Tritan and PlastiPure | 7/15/13 |
| D-788 | E-mail string, top e-mail from Mr. Boldea to Mr. Schurger, et al, dated September 01, 2010, Subject: RE: Tritan - Endocrine testing | 7/15/13 |
| D-790 | Prediction of Estrogen and Androgen Activities Using Computer- Aided Molecular Modeling (Phase II): Report 7/7/08, updated 10/7/08 | 7/15/13 |
| D-793 | Eastman Brochure: "Eastman Tritan A new generation copolyester" | 7/15/13 |
| D-797 | Eastman Tritan Copolyester brochure | 7/15/13 |
| D-799 | Press Release re: CamelBak | 7/15/13 |
| D-800 | SUCCESS-5 3/08: Eastman Tritan copolyester is a natural choice for the improved CamelBak Better Bottle | 7/15/13 |
| D-804 | Samples (Cryo-Pulverized) | 7/15/13 |
| D-805 | Project 499 - Residual Monomer (CHDM, TMCD, DMT to also be measure in film by Soxhlet extraction) | 7/15/13 |
| D-806 | Project 499 - NOTE: Volatiles migration ended up not being completed for this project | 7/15/13 |
| D-807 | Phosphorous study | 7/15/13 |
| D-808 | Project 538 - Cyasorb in Tritan | 7/15/13 |

| D-811 | Gas chromatography (GCMS) data spreadsheet prepared by Kent Morrill | 7/15/13 |
| D-812 | Spectrograph 11/21/06 | 7/15/13 |
| D-814 | Estimated Daily Intake | 7/15/13 |
| D-815 | TMCD-modified PCT Copolyester Polymerization Reactions | 7/15/13 |
| D-816 | Global Polymers Analytical Services Report #TR-2007-01763 | 7/15/13 |
| D-818 | 3/2/7 email from C. Yang to Clementz and Martin re New design for EA and Anit_Ea together | 7/15/13 |
| D-825 | 09/07/2009 OECD Guideline for the Testing of Chemicals: Hershberger Bioassay in Rats: A Short-Term Screening Assay for (Anti)Androgenic Properties | 7/15/13 |
| D-828 | 12/2/11 R. Harrison letter to Plastipure and Certichem re Eastman's demand letter | 7/15/13 |
| D-833 | Assessment of the MCF-7 Validation Study, March 7, 2012, 60 pages | 7/15/13 |
| D-835 | Brochure: Eastman Copolyesteres, Effect of Outdoor Exposure | 7/15/13 |
| D-837 | CeeTox Final Report, Study Number: 9081-100130, dated September 30, 2010, 19 pages | 7/15/13 |
| D-838 | CertiChem Tritan Database Extracts (Underlying spreadsheet to Kollessery 2-2) | 7/22/13 |
| D-839 | Comprehensive third-party research results: Eastman Tritan Copolyesters are free of estrogen and androgen activity | 7/15/13 |
| D-840 | Correspondence section of Perspectives publication dated September 2011 (A 378 - A 379) | 7/15/13 |
| D-842 | CV of Carlos Sonnenschein produced with 3/1/13 report | 7/22/13 |
| D-843 | CV of Cathy Yang produced with 3/1/13 report | 7/22/13 |
| D-844 | CV of Daniel Klein produced with 3/1/13 report | 7/22/13 |
| D-846A | CV of Laura Vandenberg | 7/22/13 |
| D-848 | CV of Michael Denison produced with 3/1/13 report | 7/18/13 |
| D-849 | CV of Naomi Oreskes produced with 3/1/13 report | 7/23/13 |
| D-852 | Defendants' 30(b)(6) Notice of Deposition, Exhibit A, No. 10 | 7/15/13 |
| D-860 | Ea-Free Plastic Products: Beyond BPA-Free brochure | 7/15/13 |
| D-861 | Eastman brochure titled "About Eastman Tritan copolyester product safety" | 7/15/13 |

| D-862 | Eastman Brochure with highlighting, "The Goal: be as safe as the food it contacts" | 7/15/13 |
| D-863 | Eastman brochure: Comprehensive third-party research results | 7/15/13 |
| D-866 | Eastman Production List | 7/15/13 |
| D-867 | Eastman publication entitled Eastman copolyesters Effect of outdoor exposure (no Bates - 2 pages) | 7/15/13 |
| D-868 | Eastman Supporting your confidence document off TritanSafe.com Website | 7/15/13 |
| D-873 | Eastman Tritan copolyester; Enhanced capability injection molding material for the infant care market brochure | 7/15/13 |
| D-874 | Elsevier Rights & responsibilities, three pages | 7/15/13 |
| D-876 | Endocrine Disruptor Screening and Testing Advisory Committee (EDSTAC) Final Report August 1998 (no Bates - 572 pages) | 7/17/13 |
| D-877 | Endocrine Disruptor Screening Program Test Guidelines; OPPTS 890.1300 | 7/15/13 |
| D-878 | EPA Publication "Endocrine Disruptor Screening Program Test Guidelines OPPTS 890.1600: Uterotrophic Assay" (No Bates - 46 pages) | 7/15/13 |
| D-887 | Food and Chemical Toxicology Author Information Pack, 11 pages | 7/15/13 |
| D-889 | Handwritten list by Mr. Wingard, entitled "Jim Deyo Contributions," one page | 7/17/13 |
| D-899 | List of documents reviewed by Dr. Borgert | 7/15/13 |
| D-903 | OECD/OCDE 440, OECD Guideline for the Testing of Chemicals, Uterotrophic Bioassay in Rodents: A short-term screening test for oestrogenic properties, 21 pages | 7/17/13 |
| D-904 | Osimitz, T, et al: Lack of androgenicity and estrogenicity of the three monomers used in Eastman's Tritan copolyesters, 2196 - 2205 Food and Chem Tox (2012) | 7/15/13 |
| D-907 | Publication entitled Optimization of an MCF7-E3 Cell Proliferation Assay and Effects of Environmental Pollutants and Industrial Chemicals (no Bates- 28 pages) | 7/16/13 |
| D-909 | Series of 11 press releases re: products made with Eastman Tritan | 7/15/13 |
| D-910 | Series of press releases from 2012 | 7/15/13 |
| D-911 | Shyichuk, A.V., et al ;" *Effect of tensile stress on chain scission and crosslinking s=during photo- oxidation of polypropylene"* Elsevier (2001) | 7/22/13 Demonstrative only |

| D-917 | Supplmental Raw data associated with Pivot Table, supporting the 11/1/12 through 5/8/13 testing; produced on 6/4/13 | 7/15/13 |
|---|---|---|
| D-918 | Supplmental Raw data associated with Pivot Table; produced on 5/23/13 | 7/15/13 |
| D-921 | Update to Pivot Table Extraxt for Tritan testing through 5/8/13, produced on 5/28/13 | 7/15/13 |
| D-935 | www.eastman.com/Company/News_Center/2010?Pages/New_Third_party...aspx | 7/15/13 |
| D-936 | www.eastman.com/markets/tritan_safe/pages/Clearing_confusion.aspx | 7/15/13 |
| D-937 | www.eastman.com/markets/tritan_safe/pages/FAQs.aspx | 7/15/13 |
| D-938 | www.eastman.com/markets/tritan_safe/pages/overview..aspx | 7/15/13 |
| D-943 | Redacted - E-mail string, top e-mail from Mr. Deyo to Mr. Osimitz, et al, dated March 26, 2012, Subject: FW: publication of monomer work, Osimitz000040 - Osimitz000042 | 7/23/13 |
| D-953 | CeeTox Final Report, Study Number: 9081-100130, dated November 30, 2010, Osimitz000427 - Osimitz000449 | 7/15/13 |
| D-955 | Welsh, William J. Updated Report #2, Prediction of Estrogenic and Androgenic Activities Using Computer-Aided Molecular Modeling (Phase II), Report: July 07, 2008, (updated October 7, 2008) | 7/15/13 |
| D-957 | CeeTox Final Report, Study Number: 9081-100118, dated September 29, 2010, Osimitz002986 - Osimitz003025 | 7/15/13 |
| D-962 | Stoner lab notebooks | 7/15/13 |
| D-963 | Guyathri lab notebooks | 7/15/13 |
| D-964 | Klein lab notebooks | 7/15/13 |
| D-965 | 2003 Grant Application PP_068443 | 7/15/13 |
| D-966 | Grant Proposal | 7/15/13 |
| D-967 | Grant Proposal | 7/15/13 |
| D-968 | Grant Proposal | 7/15/13 |
| D-969 | Grant Proposal | 7/15/13 |
| D-970 | Grant Proposal | 7/15/13 |

| | | |
|---|---|---|
| D-970A | Letter from Whole Foods to George Bittner 11/26/07 | 7/18/13 |
| D-971 | Grant Proposal | 7/15/13 |
| D-972 | Grant Proposal | 7/15/13 |
| D-973 | Grant Proposal | 7/15/13 |
| D-974 | Grant Proposal | 7/15/13 |
| D-975 | Grant Proposal | 7/15/13 |
| D-976 | Pivot Table Extract for Tritan testing through 10/31/13 | 7/15/13 |
| D-978 | Email from Andy Starr to Stuart Yaniger et al., RE: Sales lead | 7/15/13 |
| D-980 | Raw data associated with Pivot Table; produced on 12/27/12 | 7/22/13 |
| D-981 | WIL Labs proposal to CertiChem | 7/15/13 |
| D-982 | 04/05/01 Bittner Letter to Dr. Jerrold Heindel (NIH) re enclosed SBIR Phase I proposals | 7/15/13 |
| D-983 | Letter and Phase I Grant Application PPI 122615-654 | 7/15/13 |
| D-991 | Analysis of Tritan Plastics for Potential Endocrine Disruptors - Final Report, UTENN-00001 - UTENN-00172 | 7/15/13 |
| D-998 | E-mail from Mr. Sloter to Mr. Deyo, dated August 14, 2008, Subject: WIL- 387012 update | 7/15/13 |
| D-1004 | Food and Chemical Toxicology conflict of interest statement for Mr. Sloter, WIL RESEARCH 000514 | 7/15/13 |
| D-1009 | Apx. B to Yang's 3/1/2013 Expert Report | 7/22/13 |
| D-1018 | Article: Bittner, George, Letter to the Editor Comment on "Lack of androgenicity and estrogenicity of the three monomers used in Eastman's Tritan copolyesters" by Osimitz et al., 2012 | 7/15/13 |
| D-1019 | Article: Borgert, Christopher et al., Evaluating Chemical Interaction Studies for Mixture Risk Assessment, 2001 | 7/15/13 |
| D-1020 | Article: Borgert, Christopher et al., Evaluation of EPA's Tier 1 Endocrine Screening Battery and recoomendations for improving the interpretation of screening results, 2011 | 7/15/13 |
| D-1021 | Article: Borgert, Christopher et al., Hypothesis-driven weight of evidence framework for evaluating data within the US EPA's Endocrine Disruptor Screening Program, 2011 | 7/15/13 |
| D-1022 | Article: Borgert, Christopher et al., Toxicity Testing in the 21st Century: A Vision and a Strategy, 2007 | 7/15/13 |

| D-1023 | Article: Borgert, Christopher, Chemical Mixtures: An Unsolvable Riddle?, 2004 | 7/15/13 |
|--------|--------|--------|
| D-1024 | Article: Borgert, Christopher, Conflict of interest or contravention of science? 2007 | 7/15/13 |
| D-1025 | Article: Borgert, Christopher, Conflict of interest: kill the messenger or follow the data? 2007 | 7/15/13 |
| D-1026 | Article: Borgert,Chirstopher et al., Rebuttal: In Vitro Detection of Estrogen Activity in Plastic Products Using a Sensitive Bioassay: Failure to Acknowledge Limitations, 2011 | 7/15/13 |
| D-1067 | Article: Vandenberg, Laura et al., Hormones and Endocrine-Disrupting Chemicals: Los-Dose Effects and Nonmonotonic Dose Responses, 2012 | 7/22/13 |
| D-1083 | Article: Yang, Chun et al., Most Plastic Products Release Estrogenic Chemicals: A Potential Health Problem that CanBe Solved, 2011 | 7/15/13 |
| D-1085 | Article: Zacharewski, T. R. et al., Examination of the in Vitro and in Vivo Estrogenic Activities of Eight Commercial Phthalate Esters, 1998 | 7/15/13 |
| D-1086 | Article: Zacharewski, T. R. et al., Identification and Assessment of Endocrine Disruptors: Limitation of in Vivo and in Vitro Assays, 1998 | 7/15/13 |
| D-1087 | Article: Zacharewski, T. R. et al., In Vitro Bioassays for Assessing Estrogenic Substances, 1997 | 7/15/13 |
| D-1098 | Identification of substances that leach from Tritan | 7/15/13 |
| D-1099 | MBS-639C 4/13: Eastman Tritan "Supporting your confidence with product stewardship and product safety studies" brochure | 7/15/13 |
| D-1102 | Raw data associated with Pivot Table Extract for the testing of Tritan as a PlastiPure control; produced on 1/3/13 | 7/15/13 |
| D-1104 | Supplemental Material to Article: Yang, Chun et al., Most Plastic Products Release Estrogenic Chemicals: A Potential Health Problem that CanBe Solved, 2011 | 7/15/13 |
| D-1106 | TRS-269A 8/10 Eastman "Tips for Thermoforming Eastar copolyester 6763 and Eastman Tritan MP100 extruded sheet" brochure | 7/15/13 |
| D-1107 | Invoices for Timothy Zacharewski, PhD | 7/15/13 |
| D-1108A | Raw data on CD | 7/23/13 |
| D-1109A | Raw data on CD | 7/23/13 |
| D-1110 | Expert Report of James Deyo | 7/15/13 |

| D-1111 | "Reproductive and Developmental Toxicity Potential of 2,2,4,4-Tetramethyl-1,3-cyclobutanediol (TMCD) Monomer" | 7/15/13 |
| D-1113 | CeeTox Final Report dated 11/30/10 | 7/15/13 |
| D-1115 | Analysis of Tritan Plastics for Potential Endocrine Disruptors - Final Report | 7/15/13 |
| D-1126 | Environmental Directorate dated 3/22/01 | 7/15/13 |
| D-1127 | Environmental Directorate dated 3/5/03 | 7/15/13 |
| D-1128 | "Surface Characterization of Photodegraded Poly(ethylene terephthalate) The Effect of Ultraviolet Absorbers" | 7/22/13 Demonstrative only |
| D-1142 | "Photochemical Degradation of Poly(ethylene terephthalate) - Modified Copolymer" | 7/22/13 Demonstrative only |
| D-1145 | Tritan 14-day Sunlight Exposure | 7/23/13 |